AMERICAN B. D. COMPANY, A NEW JERSEY CORPORATION,
RESPONDENT, v. HOUSE OF SEAGRAMS, INC., t/a
BROWNE-VINTNERS COMPANY, APPELLANT.

NATIONAL WINE & LIQUOR CO., A NEW JERSEY CORPORA-
TION, RESPONDENT, v. HOUSE OF SEAGRAMS, INC.,
t/a BROWNE-VINTNERS COMPANY, APPELLANT.

FLAGSTAFF LIQUOR CO., A CORPORATION, RESPONDENT,
v. BROWNE-VINTNERS COMPANY, A DIVISION OF
HOUSE OF SEAGRAMS, INC., A CORPORATION, AP-
PELLANT.

JOELI WINE DISTRIBUTORS, INC., t/a PERRONE WINES &
SPIRITS, 560 BERCIK STREET, ELIZABETH, NEW JER-
SEY, RESPONDENT, v. BROWNE-VINTNERS COMPANY,
375 PARK AVENUE, NEW YORK, N. Y., APPELLANT.

Argued April 7, 1970—Decided June 1, 1970

*Mr. Philip Lindeman, II,* argued the cause for appellants
(*Mr. Stephen H. Roth,* on the brief; *Messrs. Hellring, Linde-
man & Landau,* attorneys).

*Mr. Joseph M. Jacobs* argued the cause for respondents
American B. D. Company and National Wine & Liquor Co.
(*Messrs. Harrison and Jacobs,* attorneys).

*Mr. Sidney Berg* argued the cause for respondent Flag-
staff Liquor Co.

*Mr. Meyer Sugarman* argued the cause for respondent Joeli Wine Distributors, Inc., t/a Perrone Wines & Spirits.

*Mr. Philip S. Carchman,* Deputy Attorney General, argued the cause for Division of Alcoholic Beverage Control (*Mr. George F. Kugler, Jr.,* Attorney General of New Jersey, attorney).

PER CURIAM. The judgments in *American B. D. Comany v. House of Seagrams, Inc.* and in *National Wine & Liquor Co. v. House of Seagrams, Inc.* are affirmed for the reasons expressed by Judge Sullivan in the Appellate Division, 107 *N. J. Super.* 264 (App. Div. 1969), certification granted 55 *N. J.* 166 (1969). The judgments in *Flagstaff Liquor Co. v. Browne-Vintners Company,* and in *Joeli Wine Distributors, Inc. v. Browne-Vintners Company* are affirmed for the reasons expressed in the unreported opinions of the Appellate Division, certification granted in the former 55 *N. J.* 167 (1969) and in the latter 55 *N. J.* 311 (1970).

*For affirmance*—Justices FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—5.

*For reversal*—None.